## CERTIFICATE OF SERVICE

I, _____JASON MICHAEL OSBORN_____ (name), certify that service of this summons and a copy of the complaint was made on __11/19/2021__ by:

✓ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

MR. WILLIAM HOWARD SHOAF  
493 MEDLEY STREET  
INLET BEACH, FLORIDA 32461

MR. WILLIAM HOARD SHOAF  
359 CANNONBALL LANE  
INLET BEACH, FLORIDA 32461

__ Personal service: By leaving the process with the defendant or with an officer or agent of the defendant at:

__ Residence service: By leaving the process with the following adult at:

__ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer or defendant:

__ Publication: The defendant was served as follows: [Describe briefly]:

__ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process, was not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare the foregoing is true and correct.

| | |
|---|---|
| 11/19/2021 | /s/ *JASON MICHAEL OSBORN* |
| Date | Signature |

Print Name

JASON MICHAEL OSBORN

Business Address

61 ST. JOSEPH ST., STE 800

City, State Zip

MOBILE, ALABAMA 36602